PROB 12C  
(7/93)

Report Date: July 9, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez      Case Number: 2:01CR02041-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 12, 2001

Original Offense:     Distribution of a Controlled Substance, more than 500 Grams of Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 121 months     Type of Supervision: Supervised Release  
                       TSR - 48 months

Asst. U.S. Attorney:     Jane Kirk     Date Supervision Commenced: August 16, 2013

Defense Attorney:     Federal Defenders Office     Date Supervision Expires: August 15, 2017

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances and from alcohol, and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances. |
| | **Supporting Evidence**: Isaac Rodriguez violated the conditions of his supervised release in Spokane, Washington, by consuming marijuana on or about July 7, 2014. The offender reported that he consumed a brownie that contained marijuana on July 5, 2014. He allegedly consumed the marijuana while at his sister's residence in Yakima, Washington. An admission of use form was signed by the offender on July 7, 2014. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9, 2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 10, 2014

Date