PROB 12C
(7/93)

Report Date: November 17, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Ray Rodriguez         Case Number: 2:01CR02041-EFS-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 12, 2001

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance, more than 500 Grams of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 121 months<br>TSR - 48 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Robert R. Fischer |

Date Supervision Commenced: August 16, 2013

Date Supervision Expires: August 15, 2017

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Isaac Rodriguez violated the conditions of his supervised release in Spokane, Washington, by consuming marijuana on or about November 10, 2014. The offender signed an admission of use form dated November 10, 2014. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/17/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*December 3, 2014*
Date